1  NICHOLAS A. TRUTANICH
   United States Attorney
2
   GREG ADDINGTON
3  Nevada State Bar No. 6875
   Assistant United States Attorney
4  Bruce R. Thompson U.S. Courthouse & Fed. Bldg.
   400 South Virginia Street, Suite 900
5  Reno, Nevada  89501
   (775) 784-5438
6  Greg.Addington@usdoj.gov

7
                        UNITED STATES DISTRICT COURT
8
                             DISTRICT OF NEVADA
9

10 MARIA MONARREZ,                          2:20-cv-1897-JAD-EJY
   ALEJANDRA JULIETA MONARREZ,
   SERGIO ISAAC MONARREZ,                   STIPULATION AND REQUEST TO
11 LUCERO MONARREZ, and                     EXTEND DATE FOR FEDERAL
   MARLENE MONARREZ,                        DEFENDANTS TO FILE RESPONSE TO
12                                          COMPLAINT
            Plaintiffs,                      (First Request)
13
       v.                                   Current Date: February 16, 2021
14                                          New Date: May 5, 2021
   MICHAEL POMPEO, United States Secretary of
15 State, et. al.,

16          Defendants.

17

18      It is hereby agreed and stipulated by all parties, through their respective counsel, that the due date

19 for the federal defendants to file their response to the complaint (#1) may be extended to May 5, 2021.

20 This is the first request to extend the due date for the defendants' response to the complaint. It is requested

21 the Court approve the requested extension of time based on the following:

22      1. Plaintiffs filed their complaint (#1) on October 9, 2020. The complaint seeks to challenge the

23

24

                                          1

denial of Sergio Monarrez's ("Sergio") application for an immigrant visa following his appearance and interview before the U.S. Consular Office in Ciudad Juarez, Mexico. In addition to Sergio, plaintiffs herein include Sergio's spouse and three of his children.

2. The current deadline for the defendant federal officers to respond to the complaint is February 16, 2021.

3. Based on the allegations of the complaint, the U.S. Consular Office in Ciudad Juarez, Mexico, has scheduled a re-interview of Sergio and, following the re-interview, will readjudicate Sergio's application for immigrant visa based on a reassessment of Sergio's eligibility for the requested immigrant visa. Due to restricted consular functions attributed to the Covid-19 global pandemic, the re-interview has been scheduled to take place at the earliest opportunity in Ciudad Juarez, Mexico, on April 6, 2021.

4. The requested extension of time is requested to provide time for the re-interview of Sergio (now scheduled for April 6, 2021) and for the U.S. Consular Office to further consider Sergio's eligibility for the immigrant visa sought by him.

Based on the foregoing, the parties request the Court approve the stipulation and the proposed extension of time to May 5, 2021, for the filing of defendants' response to the complaint.

  /s/ Anthony D. Guenther                           /s/ Greg Addington
ANTHONY D. GUENTHER, ESQ.            GREG ADDINGTON
Counsel for Plaintiffs                             Assistant United States Attorney
                                                   Counsel for Federal Defendants

IT IS SO ORDERED

Date:  January 25, 2021

_____
UNITED STATES MAGISTRATE JUDGE

2